**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Michael W. COTE**
**Machinery Technician First Class (E-6), U.S. Coast Guard**

**CGCMSP 24948**
**Docket No. 1442**

**31 July 2017**

Special Court-Martial convened by Commander, Coast Guard Legal Service Command.  Tried at Norfolk, Virginia, 28 April 2015.

| | |
|---|---|
| Military Judge: | CDR Kristian B. Pickrell, USCG |
| Trial Counsel: | LT Brett F. McCall, USCGR |
| Assistant Trial Counsel: | LCDR Jeffery C. Barnum, USCG |
| Defense Counsel: | LT Alicia A. Bell, USCGR |
| Assistant Defense Counsel: | LT Nicholas G. Smith, USCGR |
| Appellate Defense Counsel: | LT Jason W. Roberts, USCGR |
| Appellate Government Counsel: | LT Sharyl L. Pels, USCGR |

**BEFORE**
**McCLELLAND, BRUCE & JUDGE**
Appellate Military Judges

Per curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of two specifications of attempted indecent visual recording, in violation of Article 80, Uniform Code of Military Justice (UCMJ).  The military judge sentenced Appellant to a bad-conduct discharge, confinement for twelve months, and reduction to E-1.  In accordance with the pretrial agreement, the Convening Authority disapproved the reduction to E-1 and otherwise approved the sentence, but suspended confinement in excess of six months.

Before this Court, without admitting that the findings and sentence are correct in fact and law, Appellant has submitted this case on its merits as to any and all errors.

### Decision

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Sarah P. Valdes
Clerk of the Court